1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Amanda Seabock, Esq., SBN 289900
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
8  Adam F. Sloustcher (SBN 291657)
   E-Mail: asloustcher@fisherphillips.com
9  FISHER & PHILLIPS LLP
   4747 Executive Drive, Suite 1000
10 San Diego, California 92121
   Telephone: (858) 597-9600
11 Facsimile: (858) 597-9601
12 Attorneys for Defendant
   Pets R Us Veterinary Hospitals, Inc.
13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA

15 | CARLOS MARSH,                              | Case No.: 2:19-cv-10764-ODW-AS
16 |        Plaintiff,                          |
   | v.                                         | **JOINT STIPULATION FOR**
17 |                                            | **DISMISSAL PURSUANT TO**
   | PETS R US VETERINARY HOSPITALS,            | **F.R.C.P. 41 (a)(1)(A)(ii)**
18 | INC., a California Corporation; and Does   |
   | 1-10,                                      |
19 |                                            |
   |        Defendants.                         |
20

21       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
22 parties hereto that this action may be dismissed with prejudice as to all parties; each
23 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
24 matter has been resolved to the satisfaction of all parties.
25
26
27
28

Joint Stipulation              -1-                    2:19-cv-10764-ODW-AS

| | | |
|---|---|---|
| 1 | Dated: May 29, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: May 29, 2020 | FISHER & PHILLIPS LLP |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ Adam F. Sloustcher |
| 10 | | Adam F. Sloustcher |
| 11 | | Attorneys for Defendant<br>Pets R Us Veterinary Hospitals, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Adam F. Sloustcher, counsel for Pets R Us Veterinary Hospitals, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 29, 2020          CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
          Amanda Lockhart Seabock
          Attorneys for Plaintiff